

SHIRYAK, BOWMAN
ANDERSON, GILL &
KADOCHNIKOV LLP

Alexander Shiryak, Esq.
Dustin Bowman, Esq.
Mark Anderson, Esq.
Navpreet K. Gill, Esq.
Alexander Kadochnikov, Esq.

80-02 Kew Gardens Road, Suite 600, Kew Gardens, New York
Tel: (718)-577-3261    Fax: (718)744-2455

April 1, 2020

**<u>Via FedEx and First Class Mail</u>**
Sukhjinder Singh
758 FRANKLIN AVE
VALLEY STREAM, NEW YORK, 11580

  Re: **Demand to Inspect Books and Records Pursuant to New York Limited Liability Company Law § 1102**

To Whom It May Concern,

This firm represents Jagir Singh who owns 50% membership interest in RSM Property Group, LLC ("RSM")

Pursuant to New York Limited Liability Company Law § 1102 we hereby make the following demand for inspection of books and records as identified below.

<u>Books and Records Demanded</u>

We hereby demand you to produce the following books and records for inspection and copying on or before May 1, 2020 at 10:00 a.m. to the undersigned's office. In lieu of strict compliance with the terms of this Demand, the undersigned will accept clear, legible photocopies of said items, if received by the undersigned at least five (5) days prior to the return date hereof, together with a an affidavit from managing members advising as to the completeness of the items provided.

The relevant time periods for this Demand is from December 18, 2015 through present (the "Relevant Period"). The information sought by this Demand includes:

1. All books and records dated or created during the Relevant Period related to RSM.
2. All books and records dated or created during the Relevant Period related to the property located at 9904 Glenwood Road, Brooklyn, NY, 11236 ("Subject Property")
3. Any and all expenditure, including but not limited to:
   a. Building invoices associated with the improvement to the Subject Property;
   b. Invoices or receipts for materials spent on improvement of the Subject Property.

For purposes of this Demand, the term "books and records" shall mean and include all paper or electronic documents and records, including, but not limited to, all memoranda, letters, minutes, resolutions, invoices, agreements, ledgers, reports, emails, transcripts, statements, tax returns,

profit and loss statements, balance sheets, income statement, instant messages, files, database records, spreadsheets, photographs, and audio or video recordings, whether in the files of individuals, shared files, computer hard drives, network drives, optical storage disks, tape backups, flash drives, or any other storage device or medium, whether sent, received, created, or collected by the RSM or by any officer, director, employee, or agent of the RSM. Additionally, the term "books and records" shall include all of the documents and records indicated above that are in the custody, possession, or control of RSM or its agents.  The above list is not meant to be exclusive, but instead sets forth by example the types of materials RSM should make available.

Yours truly,

Alexander Kadochnikov

CC:     Jagir Singh (via email only)