UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――X
JAGIR SINGH, individually and derivatively
as a member of
RSM PROPERTY GROUP LLC

                        Plaintiff,

DOCKET # 20-cv-04919-GRB-ARL

Defendants' FRCP 26 Initial Disclosure

-against-

SUKHJINDER SINGH;
RAGHBIR SINGH;
RSM PROPERTY GROUP LLC;
SM CONTRACTORS CORP.
                  Defendants.
―――――――――――――――――――――――――――X

      Pursuant to FRCP 26(a)(1), SUKHJINDER SINGH, RAGHBIR SINGH, RSM PROPERTY GROUP LLC, AND SM CONTRACTORS CORP. by and through their attorneys makes his mandatory initial disclosures as follows:

1. **Individuals Likely to Have Knowledge of Discoverable Facts**

| Name and Title | Contact Information | Discoverable Information |
|---|---|---|
| Jagir Singh | c/o Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP<br><br>80-02 Kew Gardens Rd #600, Kew Gardens, NY 11415 | Plaintiff in this action and has knowledge of the underlying facts. |
| Sukhjinder Singh | c/o Ali & Bains P.C.<br>118-35 Queens Blvd<br>Forest Hills, NY 11375 | Member of RSM Property Group LLC. Has knowledge of real property purchases, construction and relevant records |

| | | |
|---|---|---|
| Raghbir Singh | c/o Ali & Bains P.C.<br>118-35 Queens Blvd<br>Forest Hills, NY 11375 | Entered into Agreement with Plaintiff. Has knowledge of expenses. |
| Terrence Daugherty, Esq. | Law Offices of Terrance J. Dougherty, Esq.<br><br>199 Jericho Turnpike, Suite 203<br><br>Floral Park, NY 11001 | Represented RSM Property Group LLC in real estate closing. Negotiated escrow agreement. |
| Nehal Trivedi, Esq. | DiCrescio & Trivedi, LLP<br>400 Jericho Turnpike, 318<br>Jericho, New York 11753 | Represented RSP Property Group LLC in real estate closing. |
| Hampton Partners LLC | 60 Cutter Mill Road, # 505<br>Great Neck, NY 11021 | Lender who financed purchase and construction of 9904 Glenwood Road |

## 2. Relevant Documents in Possession of Defendants and its Counsel

| Category of Documents, Electronically Stored Information, or Tangible Things | Location of Documents |
|---|---|
| Closing Statements and Documents from closing. | In possession of Raghbir Singh |
| Closing files for 9900 Glenwood Road | In possession of Raghbir Singh |
| Closing files for 9904 Glenwood Road | In possession of Raghbir Singh |
| Records of expenses in Construction | In possession of Sukhjinder Singh |

3. **Experts and Opinions.**

Defendants have not retained any experts at this time. Defendants reserve their right to supplement this response and retain experts if necessary.

4. **Computation of Damages.**

Defendants seek attorney's fees from plaintiff for defending action.

5. **Liability Insurance.**

N/A

Dated: January 15, 2021
       Queens, NY

Tejinder Bains, Esq.
Attorney for Defendants
189-10 Hillside Avenue
Hollis, NY 11423
718-544-8000