UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**    **ARLENE R. LINDSAY**      **DATE: 2/10/2021**
           United States Magistrate Judge
                                                **TIME: 11:00 a.m.**

**DOCKET NO: 20-4919 (DRH)**

**CASE: Singh v. Singh et al**

   **X**    **INITIAL CONFERENCE**
       **STATUS CONFERENCE**
       **SCHEDULING CONFERENCE**      **BY TELEPHONE X**
       **SETTLEMENT CONFERENCE**
       **FINAL CONFERENCE**
       **DISCOVERY CONFERENCE**

| APPEARANCES: | FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|---|
| | Alex Kadochnikov | No Appearance |

**The following rulings were made:**

     The conference is adjourned to March 10, 2021 at 11:20 a.m. The Court will initiate the conference call. The parties are directed to dial (888) 684-8852 at the scheduled time to access the call center. At the prompt enter access code 7625765. The parties are directed to response to the Court's January 4, 2021 order by March 4, 2021.

                                                  **SO ORDERED:**
                                                           **/s/**