UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**    **ARLENE R. LINDSAY**     **DATE:** 3/10/2021
     United States Magistrate Judge
                                                **TIME:** 11:20 a.m.

**DOCKET NO: 20-4919 (DRH)**

**CASE:** Singh v. Singh et al

**_X_ INITIAL CONFERENCE**
**___ STATUS CONFERENCE**
**___ SCHEDULING CONFERENCE**        **BY TELEPHONE _X_**
**___ SETTLEMENT CONFERENCE**
**___ FINAL CONFERENCE**
**___ DISCOVERY CONFERENCE**

      **APPEARANCES:**        **FOR PLAINTIFF:**        **FOR DEFENDANTS:**

                                      Alex Kadochnikov        Tejinder Bains

**The following rulings were made:**

    Counsel have agreed to a schedule which will be entered under a separate order. The request for a mediation referral is granted. Mediation shall be completed by July 12, 2021, to provide time to conduct paper discovery first.

                                       **SO ORDERED:**
                                             /s/